UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH LEBLANC                                    CIVIL ACTION

VERSUS

LOUISIANA STATE                       NO. 14-00571-BAJ-RLB
PENITENTIARY, ET AL.

## RULING AND ORDER

On July 28, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Keith Leblanc's ("Plaintiff") Complaint (Doc. 1) be dismissed with prejudice. (Doc. 14). The Magistrate Judge further recommended that, to the extent that Plaintiff's allegations may be interpreted as seeking to invoke the supplemental jurisdiction of this Court over potential state law claims, this Court should decline to exercise such jurisdiction. (Doc. 14 at p. 10-11).

The Magistrate Judge's Report and Recommendation then specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 14 at p. 1). To date, Plaintiff has not failed any objections.

Having carefully considered the Plaintiff's Complaint and Defendants' motion, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential remaining state law claims.

Baton Rouge, Louisiana, this 21ST day of August, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA